

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

Elaine C. Gulliford
on behalf of John R. Gulliford, Jr.    105 Windsor Ct. Lumberton NJ 08048

**CIVIL ACTION**

v. Philadelphia Eagles, Novacare Complex, 1 Novacare Way, Philadelphia, PA 19145
c/o + Jeffrey Lurie
c/o + Lincoln Financial Field
c/o + Lincoln National Corporation:
1500 Market St, Ste. 3900
Philadelphia, PA 19102

and ARAMARK - 1101 Market St. Philadelphia PA 19107

NO. 07 - 2346

and National Event Services - 501 Bailey Rd, Yeadon, PA 19050

**MOTION TO PROCEED IN FORMA PAUPERIS**

Our expenses have been exceeding our income by approx $3000 The last year. My Real Estate transactions have helped us manage, but I haven't had any closings since February. Our business lost money last year, which is why we paid a large Tax Retn. But I can't carry the shortage for much longer. I work all the time - 7 days a week, all day + night to try to make enough $ to pay our bills + expenses. My husband works very hard too.

(The shortage of $1782.98 shown on the enclosed expense sheet doesn't include the mortgages on The 2 Rehab houses of $1137 + $862.00. In This market, we will have trouble selling. Even if we Rent Them, we will still be negative each month a significant amount.)

Elaine C. Gulliford
on   Signature   behalf of

105 Windsor Ct, Lumberton, NJ 08048
Address

Elaine C. Gulliford
on   Print your name
behalf of John R. Gulliford, Jr.

## STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Full name of Plaintiff: Elaine Christine Gulliford on behalf of John Robert Gulliford, Jr.

v.

Defendant(s): Philadelphia Eagles, Jeffrey Lurie, Lincoln Financial Field, Lincoln National Corp, ARAMARK, National Event Services

**FILED** JUN 11 2007 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

Civil Action No. _____

I, Elaine C. Gulliford on behalf of John R. Gulliford Jr., declare under the penalty of perjury, that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I believe I am entitled to relief.

1.) Are you presently employed?   Yes ☒   No ☐

a.) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

*Gross Income*

Elaine — $4,916.67 per month. Prudential Ins. Co. 2101 Welsh Rd Dresher, PA 19025. + Real Estate Commission Income - $10,412.10 so far this year as of 6-6-07.

John — $4,875.00 per month. Groundwater Environmental Services, 1340 Campus Pkwy, Wall, NJ 07719. Also, URS, 335 Commerce Dr. Ste 300, Ft Washington, PA

b.) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. $2,146.56 so far this year as of 5/4/07. Income varies (note No Income for John for either job from 11-16-06 to 1-22-07 - disa = $450 a week during that time)

2.) Have you received within the past twelve months any money from any of the following sources?

a.) Business, profession, or form of self-employment?   Yes ☒
b.) Rent payments, interest, or dividends? $10,000.00 Owed on Mortgage Note.   Yes ☒
c.) Pensions, annuities, or life insurance payments?   Yes ☐   No ☒
d.) Gifts or inheritances?   Yes ☐   No ☒
e.) Any other sources? - Tax Refund $13,727.00 4-07   Yes ☒   No ☐

*But 3 of our rentals are at least a month behind*

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. Rent - $4,662.00 From 1-1-07 to Current 6-6-07 + Rent - $2,080.00 3-07 to 6-07   Rent - $3,900.00 From 11-06 thru 12-06 / Rent $8,650 From 9-06 thru 10-06 + Rent $1,400 mo. 3-07 thru 5-07   Rent - $5,150 From 6-06 thru 8-06

3.) Do you own cash, or do you have money in a checking or savings account?   Yes ☒   No ☐
If the answer is "yes", state the total value of the items owned. Checking - Negative 1972.51

4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☒   No ☐
If the answer is "yes", describe the property and state is approximate value.

*approx $1,000,000 in value minus mortgage* ← 3 Rental properties + 2 Rehab houses / stocks approx $50,000, 2 automobiles approx $19,000 trade in value

5.) List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. 14 yr old Son Steven Gulliford + 19 yr old Son Matthew Gulliford - 100% support + college costs ourselves

* We use credit cards for down pmt & closing costs on houses. See Expense Sheet Att'd Showing Expenses Exceed Income by $1,782.48 + that doesn't include car repairs or enough for misc expenses nor next college tuition nor Xmas nor Hospital Bills.

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED ON ___6/6/07___
(Date)

_Elaine Gulliford_ on behalf of
(Plaintiff's Signature)