IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELAINE C. GULLIFORD                     :
                                        :    CIVIL ACTION
                                        :
           v.                           :
                                        :
                                        :    NO. 07-2346
PHILADELPHIA EAGLES, ET AL              :
                                        :

FILED
JUN 2 5 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 22nd day of June 2007, upon Motion and Statements in support of Request to Proceed <u>In Forma Pauperis</u>, it appearing to the Court that Elaine C. Gulliford is unable to pre-pay the filings fees and costs, it is **ORDERED** that:

   1. Plaintiff is **GRANTED** leave to proceed  in forma pauperis.

   2. The complaint is to be filed and summons are to be issued.

   3. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons and complaint upon the defendant at no cost to the plaintiff

_____
EDMUND V. LUDWIG, J.

IFP/SSI ORDER

Mail:
E. Gulliford