IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE C. GULLIFORD,<br>on behalf of JOHN R. GULLIFORD, JR. | :<br>: CIVIL ACTION NO. 07-CV-2346<br>: |
| v. | :<br>:<br>: |
| PHILADELPHIA EAGLES, JEFFREY<br>LURIE, LINCOLN FINANCIAL FIELD,<br>LINCOLN NATIONAL CORPORATION<br>and ARAMARK NATIONAL EVENT<br>SERVICES | :<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of defendant, ARAMARK Sports and Entertainment Services LLC, improperly named as ARAMARK National Event Services, in the above-captioned matter.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:  */s/ Thomas P. Wagner*
       Thomas P. Wagner, Esquire
       Attorney for Defendant,
       ARAMARK National Event Services

## CERTIFICATION OF SERVICE

I hereby certify that on today's date I served a true and correct copy of the foregoing Entry of Appearance was served upon the following:

>Elaine G. Gulliford
>105 Windsor Court
>Lumberton, NJ 08048-4631

>MARSHALL, DENNEHEY, WARNER,
>COLEMAN & GOGGIN

>BY:  */s/ Thomas P. Wagner*
>Thomas P. Wagner, Esquire
>Attorney for Defendant,
>ARAMARK National Event Services

Dated  10/1/2007