IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE C. GULLIFORD, : | |
| on behalf of JOHN R. GULLIFORD, JR. : | CIVIL ACTION NO. 07-CV-2346 |
| : | |
| v. : | |
| : | |
| PHILADELPHIA EAGLES, JEFFREY : | |
| LURIE, LINCOLN FINANCIAL FIELD, : | |
| LINCOLN NATIONAL CORPORATION : | |
| and ARAMARK NATIONAL EVENT : | JURY TRIAL DEMANDED |
| SERVICES : | |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of defendant, ARAMARK Sports and Entertainment Services LLC, improperly named as ARAMARK National Event Services, in the above-captioned matter.

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN


BY:  */s/ Mary C. Doherty*
        Mary C. Doherty, Esquire
        Attorney for Defendant,
        ARAMARK National Event Services

Dockets.Justia.com

## CERTIFICATION OF SERVICE

I hereby certify that on today's date I served a true and correct copy of the foregoing Entry of Appearance was served upon the following:

>Elaine G. Gulliford
>105 Windsor Court
>Lumberton, NJ 08048-4631

>MARSHALL, DENNEHEY, WARNER,
>COLEMAN & GOGGIN

>BY: /s/ Mary C. Doherty
>Mary C. Doherty, Esquire
>Attorney for Defendant,
>ARAMARK National Event Services

Dated  10/1/2007