# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE GULLIFORD, | : | |
| on behalf of JOHN R. GULLIFORD, JR. | : | |
| | : | |
| Plaintiff | : | NO. 07-cv-2346 |
| v. | : | |
| | : | |
| PHILADELPHIA EAGLES, JEFFREY LURIE, | : | |
| LINCOLN FINANCIAL FIELD, LINCOLN | : | |
| NATIONAL CORPORATION and ARAMARK | : | **JURY TRIAL DEMANDED** |
| NATIONAL EVENT SERVICES | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

     Please enter my appearance on behalf of defendants Eagles Stadium Operator, LLC (improperly named as "Philadelphia Eagles" and "Lincoln Financial Field") and Jeffrey Lurie in the above captioned matter.

                               HOLLSTEIN KEATING CATTELL
                               JOHNSON & GOLDSTEIN, P.C.


                               /s/ *John E. Tyrrell*
                               John E. Tyrrell, Esquire
                               Attorneys for Defendants
                               Eagles Stadium Operator, LLC
                               (improperly named as "Philadelphia
                               Eagles" and "Lincoln Financial
                               Field") and Jeffrey Lurie

{1360.00004:YFE0000}

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007 I served a true and correct copy of the foregoing Entry of Appearance upon the following via regular mail:

> Elaine C. Gulliford
> 105 Windsor Ct.
> Lumberton, NJ  08048-4631
>
> Mary C. Doherty, Esquire
> Thomas P. Wagner, Esquire
> Marshall, Dennehey, Warner,
> Coleman & Goggin
> 1845 Walnut Street, 21st Floor
> Philadelphia, PA  19103

_____/s/  John E. Tyrrell_____
John E. Tyrrell, Esquire
