## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE GULLIFORD,<br>on behalf of JOHN R. GULLIFORD, JR. | : <br> : <br> : | |
| Plaintiff | : | NO. 07-cv-2346 |
| v. | : <br> : | |
| PHILADELPHIA EAGLES, JEFFREY LURIE,<br>LINCOLN FINANCIAL FIELD, LINCOLN<br>NATIONAL CORPORATION and ARAMARK<br>NATIONAL EVENT SERVICES<br>Defendants | : <br> : <br> : <br> : <br> : | **JURY TRIAL DEMANDED** |

### ENTRY OF APPEARANCE

TO THE CLERK:

     Please enter my appearance on behalf of defendants Eagles Stadium Operator, LLC (improperly named as "Philadelphia Eagles" and "Lincoln Financial Field") and Jeffrey Lurie in the above captioned matter.

                                 HOLLSTEIN KEATING CATTELL
                                 JOHNSON & GOLDSTEIN, P.C.


                                 _____/s/_ *Aaron G. Moody*_____
                                 Aaron G. Moody, Esquire
                                 Attorneys for Defendants
                                 Eagles Stadium Operator, LLC
                                 (improperly named as "Philadelphia
                                 Eagles" and "Lincoln Financial
                                 Field") and Jeffrey Lurie

{1360.00004:YFE0157}

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007 I served a true and correct copy of the foregoing Entry of Appearance upon the following via regular mail:

    Elaine C. Gulliford
    105 Windsor Ct.
    Lumberton, NJ  08048-4631

    Mary C. Doherty, Esquire
    Thomas P. Wagner, Esquire
    Marshall, Dennehey, Warner,
    Coleman & Goggin
    1845 Walnut Street, 21st Floor
    Philadelphia, PA  19103

                                                   /s/ *Aaron G. Moody*
                                                      Aaron G. Moody, Esquire