IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE C. GULLIFORD,<br>on behalf of JOHN R. GULLIFORD, JR. | :<br>: CIVIL ACTION NO. 07-CV-2346<br>: |
| v. | :<br>: |
| PHILADELPHIA EAGLES, JEFFREY LURIE, LINCOLN FINANCIAL FIELD, LINCOLN NATIONAL CORPORATION and ARAMARK NATIONAL EVENT SERVICES | :<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

## RULE 7.1 DISCLOSURE STATEMENT

Please check one box:

        The nongovernmental corporate party, **,** in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

X       The nongovernmental corporate party, **ARAMARK Sports and Entertainment Services, LLC (improperly named as ARAMARK National Event Services)** in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

**ARAMARK/HMS, LLC**

| | |
|---|---|
|   October 4, 2007   |   */s/Mary C. Doherty*   |
| Date | Signature |
| Counsel for: | Defendant, ARAMARK Sports & Entertainment Services LLC |