**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELAINE GULLIFORD, on behalf of JOHN R. GULLIFORD, JR. | : | CIVIL ACTION |
| | : | |
| Plaintiff(s) | : | |
| | : | NO.: 07-cv-2346 |
| v. | : | |
| | : | |
| PHILADELPHIA EAGLES, et al. | : | |
| | : | |
| Defendant(s) | : | |
| | : | |

## GOVERNMENTAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

## OF DEFENDANT EAGLES STADIUM OPERATOR, LLC

Please check one box:

•    The nongovernmental corporate party, Eagles Stadium Operator, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more if its stock.

X    The nongovernmental party, Eagles Stadium Operator, LLC, (improperly named "Philadelphia Eagles" and "Lincoln Financial Field") in the above listed civil action has the following parent company:

    <u>Parent:</u>  Philadelphia Eagles Limited Partnership

                        s/   Aaron G. Moody
                        Aaron G. Moody
                        John E. Tyrrell
                        Hollstein Keating, et al.
                        1628 JFK Blvd, Ste. 2000
                        Philadelphia, PA 19103
                        Fax: (215) 320-3261
                        amoody@hollsteinkeating.com
                        Attorneys for Eagles Stadium Operator, LLC

Date:

{1360.00004:YFE0002}

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE GULLIFORD, on behalf of<br>JOHN R. GULLIFORD, JR. | : | CIVIL ACTION |
| | : | |
| Plaintiff(s) | : | |
| | : | NO.: 07-cv-2346 |
| v. | : | |
| | : | |
| PHILADELPHIA EAGLES, et al. | : | |
| | : | |
| Defendant(s) | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Aaron G. Moody, Esquire do hereby certify that a copy of the Governmental Disclosure Statement of Eagles Stadium Operator, LLC was served on October 5, 2007 via U.S. first class mail upon the following:

Elaine C. Gulliford
105 Windsor Ct.
Lumberton, NJ  08048-4631

Mary C. Doherty, Esquire
Thomas P. Wagner, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street, 21st Floor
Philadelphia, PA  19103

                                              s/   Aaron G. Moody
                                              Aaron G. Moody
                                              John E. Tyrrell
                                              Hollstein Keating, et al.
                                              1628 JFK Blvd, Ste. 2000
                                              Philadelphia, PA 19103
                                              Fax:  (215) 320-3261
                                              amoody@hollsteinkeating.com
                                              Attorneys for Eagles Stadium Operator, LLC