IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE C. GULLIFORD,<br>on behalf of JOHN R. GULLIFORD, JR. | :<br>: CIVIL ACTION NO. 07-CV-2346 |
| v. | :<br>:<br>: |
| PHILADELPHIA EAGLES, JEFFREY LURIE, LINCOLN FINANCIAL FIELD, LINCOLN NATIONAL CORPORATION and ARAMARK NATIONAL EVENT SERVICES | :<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this           day of                    , 2007, upon consideration of the Motion to Dismiss of defendant, ARAMARK Sports and Entertainment Services, LLC, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED.  It is further ORDERED that the Complaint of plaintiff, Elaine C. Gulliford on behalf of John R. Gulliford, Jr., against the defendant, ARAMARK Sports and Entertainment Services, LLC, is STRICKEN and DISMISSED with prejudice.

BY THE COURT:

_____

J.