# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE C. GULLIFORD, on behalf of JOHN R. GULLIFORD, JR.<br><br>v.<br><br>PHILADELPHIA EAGLES, JEFFREY LURIE, LINCOLN FINANACIAL FIELD, LINCOLN NATIONAL CORPORATION and ARAMARK NATIONAL EVENT SERVICES | CIVIL ACTION NO. 07-cv-2346<br><br>TO: (NAME AND ADDRESS OF DEFENDANT) |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

ELAINE C. GULLIFORD
105 WINDSOR COURT
LUMBERTON, NJ 08048-4631

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: June 26, 2007 |
|---|---|

(By) Deputy Clerk

*Michele Helmer* (signature)
Michele Helmer

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Case 2:07-cv-02346-EL    Document 15

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elaine C. Gulliford on behalf of John R Gulliford Jr. | Civil Action No: 07-2346 |
| DEFENDANT | TYPE OF PROCESS |
| ~~Philadelphia Eagles~~ ~~Jeffrey Lurie~~ | Pro Se Discovery Law Suit |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ ~~Philadelphia Eagles~~

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Novacare Complex, 1 Novacare Way, Philadelphia, PA 19145

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Elaine C. Gulliford
105 Windsor Ct.
Lumberton, NJ 08048

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 (?) |
| Number of parties to be served in this case | ~~8~~ 4 |
| Check for service on U.S.A. | (?) |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Philadelphia Eagles - 215 463-2500

**FILED**
OCT - 5 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: Cell 609-206-6313
DATE: 7/3/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | I. Foster (MG) | 7-18-07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Kristie Pappal, Dir. Human Res.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

| Date of Service | Time | am/pm |
|---|---|---|
| 9·24·07 | 3:15 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)