# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE GULLIFORD, | : | |
| on behalf of JOHN R. GULLIFORD, JR. | : | |
| | : | |
| Plaintiff | : | NO. 07-cv-2346 |
| v. | : | |
| | : | |
| PHILADELPHIA EAGLES, JEFFREY LURIE, | : | |
| LINCOLN FINANCIAL FIELD, LINCOLN | : | |
| NATIONAL CORPORATION and ARAMARK | : | **JURY TRIAL DEMANDED** |
| NATIONAL EVENT SERVICES | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter my appearance on behalf of defendant Lincoln National Corporation in the above captioned matter.

                                                            HOLLSTEIN KEATING CATTELL
                                                             JOHNSON & GOLDSTEIN, P.C.

                                                       _____/s/_ *John E. Tyrrell*_____
                                                         John E. Tyrrell, Esquire
                                                         1628 JFK Boulevard - Suite 2000
                                                         8 Penn Center
                                                         Philadelphia, PA  19103
                                                         (215) 320-3260
                                                         Attorneys for Defendants
                                                         Eagles Stadium Operator, LLC
                                                         (improperly named as "Philadelphia
                                                         Eagles" and "Lincoln Financial
                                                         Field"), Jeffrey Lurie, and Lincoln
                                                         National Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007 I served a true and correct copy of the foregoing Entry of Appearance upon the following via ECF and via regular mail:

>Mary C. Doherty, Esquire
>Thomas P. Wagner, Esquire
>Marshall, Dennehey, Warner, Coleman & Goggin
>1845 Walnut Street, 21st Floor
>Philadelphia, PA  19103

And on the following via regular mail:

>Elaine C. Gulliford
>105 Windsor Ct.
>Lumberton, NJ  08048-4631

                                    /s/ *John E. Tyrrell*
                                    John E. Tyrrell, Esquire