## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE GULLIFORD, on behalf of JOHN R. GULLIFORD, JR. | : | CIVIL ACTION |
| Plaintiff(s) | : | |
| | : | NO.: 07-cv-2346 |
| v. | : | |
| PHILADELPHIA EAGLES, et al. | : | |
| Defendant(s) | : | |

### GOVERNMENTAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 OF DEFENDANT LINCOLN NATIONAL CORPORATION

Please check one box:

X       The nongovernmental corporate party, Lincoln National Corporation, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more if its stock.

•       The nongovernmental party, in the above listed civil action has the following parent company or publicly traded company that owns 10% or more of its stock

> HOLLSTEIN KEATING CATTELL
> JOHNSON & GOLDSTEIN, P.C.
>
> s/John E. Tyrrell
> John E. Tyrrell
> Aaron G. Moody
> 1628 JFK Blvd, Ste. 2000
> Philadelphia, PA 19103
> Fax:  (215) 320-3261
> jtyrrell@hollsteinkeating.com
> Attorneys for Defendant Lincoln National Corporation

Date: 10/10/07

{1360.00004:AGM4106}

Dockets.Justia.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE GULLIFORD, on behalf of<br>JOHN R. GULLIFORD, JR. | : | CIVIL ACTION |
| | : | |
| Plaintiff(s) | : | |
| | : | NO.: 07-cv-2346 |
| v. | : | |
| | : | |
| PHILADELPHIA EAGLES, et al. | : | |
| | : | |
| Defendant(s) | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, John E. Tyrrell, Esquire do hereby certify that a copy of the Governmental Disclosure Statement of Lincoln National Corporation was served on October 10, 2007 upon the following via ECF and via regular mail:

> Mary C. Doherty, Esquire
> Thomas P. Wagner, Esquire
> Marshall, Dennehey, Warner, Coleman & Goggin
> 1845 Walnut Street, 21st Floor
> Philadelphia, PA  19103

And on the following via regular mail:

> Elaine C. Gulliford
> 105 Windsor Ct.
> Lumberton, NJ  08048-4631

s/  John E. Tyrrell
John E. Tyrrell
Hollstein Keating, et al.
1628 JFK Blvd, Ste. 2000
Philadelphia, PA 19103
Fax:  (215) 320-3261
jtyrrell@hollsteinkeating.com
Attorneys for Defendant Lincoln National Corporation

{1360.00004:AGM4106}            2