## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE GULLIFORD, | : | |
| on behalf of JOHN R. GULLIFORD, JR. | : | |
| | : | |
| Plaintiff | : | NO. 07-cv-2346 |
| v. | : | |
| | : | |
| PHILADELPHIA EAGLES, JEFFREY LURIE, | : | |
| LINCOLN FINANCIAL FIELD, LINCOLN | : | |
| NATIONAL CORPORATION and ARAMARK | : | **JURY TRIAL DEMANDED** |
| NATIONAL EVENT SERVICES | : | |
| Defendants | : | |

## ORDER

AND NOW this _____ day of _____, 2007, upon consideration of the Motion to Dismiss filed by Defendants Eagles Stadium Operator, LLC (Improperly named "Philadelphia Eagles" and "Lincoln Financial Field"), Jeffrey Lurie and Lincoln National Corporation, and any response thereto, it is hereby ORDERED as follows:

1. The Motion is GRANTED; and
2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

_____
                                                                                                J.

{1360.00004:YFE9999}