# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE GULLIFORD, on behalf of JOHN R. GULLIFORD, JR. | : : : | |
| Plaintiff | : | NO. 07-cv-2346 |
| v. | : : | |
| PHILADELPHIA EAGLES, JEFFREY LURIE, LINCOLN FINANCIAL FIELD, LINCOLN NATIONAL CORPORATION and ARAMARK NATIONAL EVENT SERVICES | : : : : | **JURY TRIAL DEMANDED** |
| Defendants | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter my appearance on behalf of defendant Lincoln National Corporation in the above captioned matter.

                                          HOLLSTEIN KEATING CATTELL
                                          JOHNSON & GOLDSTEIN, P.C.

                                          _____/s/_ *Aaron G. Moody*_____
                                          Aaron G. Moody, Esquire
                                          1628 JFK Boulevard - Suite 2000
                                          8 Penn Center
                                          Philadelphia, PA  19103
                                          (215) 320-3260
                                          Attorneys for Defendants
                                          Eagles Stadium Operator, LLC
                                          (improperly named as "Philadelphia
                                          Eagles" and "Lincoln Financial
                                          Field"), Jeffrey Lurie, and Lincoln
                                          National Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007 I served a true and correct copy of the foregoing Entry of Appearance upon the following via ECF and via regular mail:

>Mary C. Doherty, Esquire
>Thomas P. Wagner, Esquire
>Marshall, Dennehey, Warner,
>Coleman & Goggin
>1845 Walnut Street, 21st Floor
>Philadelphia, PA  19103

And on the following via regular mail:

>Elaine C. Gulliford
>105 Windsor Ct.
>Lumberton, NJ  08048-4631


                                                    /s/ *Aaron G. Moody*
                                                   Aaron G. Moody, Esquire