IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE C. GULLIFORD,<br>on behalf of JOHN R. GULLIFORD, JR. | : CIVIL ACTION<br>:<br>: |
| vs. | : NO. 07-CV-2346<br>: |
| PHILADELPHIA EAGLES, JEFFREY LURIE, LINCOLN FINANCIAL FIELD, LINCOLN NATIONAL CORPORATION and ARAMARK NATIONAL EVENT SERVICES | :<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE
### AND JURY TRIAL DEMANDED

TO THE CLERK:

Please enter our appearance on behalf of the Defendant, National Event Services, incorrectly designated as Aramark National Event Services, in the above captioned case.

Defendant, National Event Services, demands a jury trial in the above case. Jury of twelve, with alternates demanded.

                          MARGOLIS EDELSTEIN

                          BY: /s/ Catherine S. Straggas (CSS3464)
                                CATHERINE S. STRAGGAS, ESQUIRE
                                I.D. No. 55805
                                The Curtis Center, Fourth Floor
                                Independence Square West
                                Philadelphia, PA 19106
                                (215) 931-5835
                                Attorney for Defendant, National Event
                                Services, incorrectly designated as Aramark
                                National Event Services

## **CERTIFICATE OF SERVICE**

I, Catherine S. Straggas, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance, was served upon the following parties, on October 12, 2007:

Elaine G. Gulliford
105 Windsor Court
Lumberton, NJ  08048

Aaron G. Moody, Esquire
John E. Tyrrell, Esquire
Hollstein, Keating, Cattell, Johnson
  & Goldstein, P.C.
Suite 2000
1628 John F. Kennedy Boulevard
Philadelphia, PA  19103

Thomas P. Wagner, Esquire
Mary C. Doherty, Esquire
Marshall, Dennehey, Warner, Coleman
  & Goggin
1845 Walnut Street
Philadelphia, PA  19103

                          MARGOLIS EDELSTEIN

                      BY:  /s/ Catherine S. Straggas (CSS3464)
                          CATHERINE S. STRAGGAS, ESQUIRE
                          I.D. No. 55805
                          The Curtis Center, Fourth Floor
                          Independence Square West
                          Philadelphia, PA 19106
                          (215) 931-5835
                          Attorney for Defendant, National Event
                          Services, incorrectly designated as Aramark
                          National Event Services

Dated:  10/12/07