IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE C. GULLIFORD, | : | CIVIL ACTION |
| on behalf of JOHN R. GULLIFORD, JR. | : | |
| | : | |
| vs. | : | NO. 07-CV-2346 |
| | : | |
| PHILADELPHIA EAGLES, JEFFREY | : | |
| LURIE, LINCOLN FINANCIAL FIELD, | : | |
| LINCOLN NATIONAL CORPORATION | : | |
| and ARAMARK NATIONAL EVENT | : | |
| SERVICES | : | |

**ORDER**

AND NOW, this          day of                    , 2007, upon consideration of the Motion to Dismiss of Defendant, National Event Services, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED. It is further ORDERED that the Complaint of Plaintiff, Elaine C. Gulliford on behalf of John R. Gulliford, Jr., against the Defendant, National Event Services, is STRICKEN and DISMISSED with prejudice.

BY THE COURT:

J.